JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BROWN,<br><br>        Petitioner,<br><br>        v.<br><br>UNKNOWN,<br><br>        Respondent. | Case No. SA CV 14-1713-VAP (SP)<br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order Denying Extension Motion and Summarily Dismissing Action,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: NOV 16 2014

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE